

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. EP-18-CR-1593-KC |
| CIPRIANO SUY-TOJ, | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the Indictment against Defendant, **CIPRIANO SUY-TOJ**. The Government does not wish to prosecute at this time.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
MICHAEL ROSE WHYTE
Assistant U.S. Attorney
Texas Bar #24051822
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

Leave of Court is granted for the filing of the foregoing dismissal.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

DATE: July 13, 2018